## VANOSDOL v. STATE.

No. 17965.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

T. H. Ridgeway and M. S. Hallam, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for selling inferior motor fuel; punishment, a fine of $25.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.